ROSE M. BINON, Respondent, v. GEORGES M. BINON, Appellant, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs

and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ.